No. 221. HICKEL, SECRETARY OF THE INTERIOR *v.* OIL SHALE CORP. ET AL. C. A. 10th Cir. Certiorari granted. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Kashiwa, Peter L. Strauss, Roger P. Marquis,* and *Edmund B. Clark* for petitioner. *Fowler Hamilton, Richard W. Hulbert,* and *Donald L. Morgan* for Oil Shale Corp. et al., *Gail L. Ireland* for Napier et al., and *Fred M. Winner* for Umpleby et al., respondents.

No. 230. H. K. PORTER Co., INC., DISSTON DIVISION-DANVILLE WORKS *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Donald C. Winson* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board, and *Bernard Kleiman, Elliot Bredhoff, Michael Gottesman,* and *George H. Cohen* for United Steelworkers of America, AFL–CIO, respondents.

No. 480, Misc. JONES ET AL. *v.* STATE BOARD OF EDUCATION OF TENNESSEE ET AL. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted as to petitioner Jones, certiorari denied as to other petitioners, and case transferred to appellate docket. *Reber F. Boult, Jr., Charles Morgan, Jr., Richard Bellman, Melvin L. Wulf,* and *Eleanor H. Norton* for petitioners. *George F. McCanless,* Attorney General of Tennessee, *Thomas E. Fox,* Deputy Attorney General, and *Robert H. Roberts,* Assistant Attorney General, for respondents.